UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY FAWCETT,<br><br>    Plaintiff,<br><br>v.<br><br>ST. BENEDICTS FAMILY MEDICAL CENTER, INC. and Does 1-50,<br><br>    Defendants. | Case No. 1:11-cv-00164-CWD<br><br>**ORDER OF DISMISSAL** |

Having reviewed the parties' Stipulation for Dismissal with Prejudice, (Dkt. 25), and good cause appearing, IT IS HEREBY ORDERED that the stipulation is APPROVED and the above entitled matter is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.



DATED: December 19, 2012

Honorable Candy W. Dale
Chief United States Magistrate Judge

**ORDER OF DISMISSAL - 1**